NUMBER 13-04-627-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

JACKIE McELROY,                                                            Appellant,

v.

MICHELLE LICHTENBERGER,                                               Appellee.
____________________________________________________________________

On appeal from the County Court at Law
of San Patricio County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, JACKIE McELROY, perfected an appeal from a judgment entered by
the County Court at Law of San Patricio County, Texas, in cause number 7246. The
clerk’s record was filed on November 23, 2004. No reporter’s record was filed. 
Appellant’s brief was due on December 28, 2004. To date, no appellate brief has
been received.
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On March 1, 2005, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                                                 PER CURIAM
Memorandum Opinion delivered and 
filed this the 7th day of April, 2005